FILED
September 25, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Tyler Martin_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **RecepTrexx LLC,** | Case No. 6:23-cv-00426-OLG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Koninklijke Philips N.V.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

**SIGNED** this day 25th of September 2023.

_____
Hon. Orlando L. Garcia
UNITED STATES DISTRICT JUDGE